## MILLER LUMBER CO. v. SWINK MERCANTILE CO.

No. 2309.    Opinion Filed February 18, 1913.

(130 Pac. 594.)

**APPEAL AND ERROR—Dismissal—Failure to File Briefs.** Where plaintiff in error fails to file briefs, as required by rule 7 (20 Okla. viii, 95 Pac. vi) of this court, the appeal will be dismissed for want of prosecution.

(Syllabus by Brewer, C.)

*Error from McCurtain County Court;*
*T. J. Barnes, Judge.*

Action between the Miller Lumber Company and the Swink Mercantile Company. From the judgment, the lumber company brings error. Dismissed.

*Foster & Stephenson,* for plaintiff in error.
*Spriggs & Hardison,* for defendant in error.

Opinion by BREWER, C.   The petition in error and transcript of the record in this case was filed in this court January 23, 1911.   The plaintiff in error has failed to file any brief in the cause, as required by rule 7 (20 Okla. viii, 95 Pac. vi) of this court.   The petition in error should therefore be dismissed for want of prosecution.   *Hass et al. v. McCampbell,* 27 Okla. 290, 111 Pac. 543; *Maddin v. McCormick et al.,* 27 Okla. 778, 117 Pac. 200; *McClelland v. Witherall,* 30 Okla. 287, 119 Pac. 205.

By the Court:   It is so ordered.